UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                           )
UNITED STATES OF AMERICA,      )
              Petitioner,      )
                                           )
      v.                           )      M.B.D. No. 11-mc-91215
                                           )
VICTOR C. LAMBIASE,             )
              Respondent.   )
_____)

**PETITION TO ENFORCE**
**INTERNAL REVENUE SERVICE SUMMONS**

       The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, states that:

       1. This proceeding for the enforcement of two Internal Revenue Summonses is brought pursuant to sections 7402(b) and 7604(a) of the Internal Revenue Code of 1986, 26 U.S.C. sections 7402(b) and 7604(a).

       2. N. Ranatou is a Revenue Officer of the Internal Revenue Service authorized to issue Summonses under the Internal Revenue Laws.

       3.  The respondent, Victor C. Lambiase, resides or is found at 200 Union Street, Franklin, Massachusetts 02038, an address within the jurisdiction of this Court. Revenue Officer N. Ranatou is conducting an investigation of the tax liability of Victor C. Lambiase for the years ending December 31, 2002 and December 31, 2008 and additionally seeking information to complete unfiled tax returns for Victor C. Lambiase for the years ending December 31, 2004 December 31, 2005 and December 31, 2006.

       4. Section 6020(b) of the Internal Revenue Code of 1986, 26 U.S.C., authorizes the Secretary of the Treasury, acting by his agents and employees in the Internal Revenue Service, to make a return from his own knowledge and from such information as he can obtain through testimony or otherwise for a person who fails to file a return.  For the purpose of making such a return, Section 7602 authorizes the Secretary to issue a Summons to the person to appear at a

time and place named in the Summons, to produce such books, papers, records, or other data, and to testify, as may be relevant or material to making the return.

5. Section 6301 of the Internal Revenue Code of 1986, 26 U.S.C., authorizes the Secretary of the Treasury to collect the taxes imposed by the Internal Revenue Laws. For the purpose of collecting the tax liability of any person, Section 7602 authorizes the Secretary to issue a Summons to the person to appear at a time and place named in the Summons, to produce such books, papers, records or other data, and to testify, as may be relevant or material to collecting the tax liability.

6. On April 15, 2011, pursuant to Section 7602 of the Internal Revenue Code of 1986, Revenue Officer N. Ranatou issued two Summonses to Victor C. Lambiase, directing him to appear before Revenue Officer N. Ranatou at the office of the Internal Revenue Service, 1250 Hancock Street, Suite 503 South, Quincy, MA 02169 on April 28, 2011 and to produce for examination (and give testimony relating to) documents and financial records for the period January 1, 2011 to March 31, 2011. This material is relevant to determining Respondent's tax liability. Copies of the summonses are attached to this Petition as "Exhibit A" and "Exhibit B," respectively. On April 15, 2011, Revenue Officer N. Ranatou served the Summonses on Victor C. Lambiase by leaving an attested copy of the summonses at the last and usual place of abode of the person to whom it was directed. Revenue Officer N. Ranatou signed a certification on the face of the copy of the Summons served, attesting that it is a true and correct copy of the original.

7. Victor C. Lambiase has failed and refuses to comply with the Summonses.

8. The records sought by the Summonses are not now in the possession of the Internal Revenue Service, and their production by Victor C. Lambiase for examination by an officer of the Internal Revenue Service is necessary to make federal income tax returns for tax years ended December 31, 2004, December 31, 2005, and December 31, 2006 and to complete a Collection Information Statement for tax years ended December 31, 2002 and December 31, 2008.

WHEREFORE, the Petitioner prays that:

1. Victor C. Lambiase be ordered to show cause, if any he has, why he should not obey the Summonses;

2. Victor C. Lambiase be ordered to obey the Summonses at a time and place to be fixed by Revenue Officer N. Ranatou or by any other officer of the Internal Revenue Service authorized to examine the records and take testimony; and

3. The cost of this action be awarded to the United States.

|  |  |
|---|---|
|  | By its attorney, |
|  | CARMEN M. ORTIZ<br>United States Attorney |
|  | /s/ *Zachary A. Cunha*<br>ZACHARY A. CUNHA<br>Assistant United States Attorney<br>United States Attorney's Office<br>John Joseph Moakley U.S. Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>(617) 748-3387 |
| Dated: August 16, 2011 | Zachary.Cunha@usdoj.gov |